IN THE MATTER OF: MITCHELL, M., A MINOR CHILD, D.O.B. 12/24/94

───────

IN THE MATTER OF: MITCHELL, K., A MINOR CHILD, D.O.B. 01/16/98

───────

IN THE MATTER OF: MITCHELL, K., A MINOR CHILD, D.O.B. 02/06/96

No. 127A02

(Filed 4 October 2002)

## Termination of Parental Rights— dispositional stage—best interests of children—proper determination

The decision of the Court of Appeals remanding a termination of parental rights case is reversed for the reasons stated in the dissenting opinion that the trial court did not place an improper burden on respondent in the dispositional stage to show that termination is not in the children's best interest and that the trial court did not fail to exercise its discretion in finding that termination would be in the best interests of the children.